**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANTHONY GIBSON**                                                                                  **PLAINTIFF**

**V.**                                                                              **NO. 4:10CV160-WAP-JMV**

**JEFFERY KILPATRICK**
**in His Individual Capacity**                                                    **DEFENDANT**

**ORDER**

Before the court is a motion to quash (# 37) a subpoena, filed October 14, 2011. The motion was filed by non-party Stacey Pickering, Mississippi State Auditor, regarding a *subpoena duces tecum* served by the plaintiff. In response to the motion, the plaintiff states that he is satisfied with documents filed as an exhibit to the Auditor's motion and that he seeks no other documents. Accordingly, the court finds that the motion is **MOOT**.

**SO ORDERED** this 18th day of October, 2011.

                                                                    /s/ Jane M. Virden
                                                                    U. S. MAGISTRATE JUDGE